

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00137-CV

_____

LOUIS A. MORRIS, Appellant

V.

GAVIN TYLER MORRIS, RHONALD D. MORRIS, AND DEBRA MORRIS,
Appellees

---

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 22-3675-158

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On April 27, 2023, we warned Appellant that we could dismiss his appeal unless he paid the filing fee within ten days. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. He did not pay the fee within ten days, so on May 11, 2023, we warned him again, and we gave him another ten days to pay the filing fee. *See* Tex. R. App. P. 44.3. More than twenty days have passed since then, but Appellant has not paid the filing fee.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: June 15, 2023